McLAUGHLIN, CLARKE and SCOTT, JJ., concurred ; LAUGHLIN, J., in memorandum.

LAUGHLIN, J. (concurring) :

I concur in the reversal of the injunction order in this case upon the grounds stated in my concurring memorandum in *Eden Musee American Co., Ltd.*, v. *Bingham* (125 App. Div. 780, 784), argued and decided herewith, which apply to the facts here presented.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

MAX SCHIMKEVITZ, Respondent, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, and Others, Appellants.

First Department, May 8, 1908.

See head note in *Shepard* v. *Bingham* (*ante,* p. 784).

APPEAL by the defendants, Theodore A. Bingham, as police commissioner of the city of New York, and others, from an order of the Supreme Court, made at the New York Special Term and

entered in the office of the clerk of the county of New York on the 14th day of February, 1908, continuing a temporary injunction *pendente lite.*

*Theodore Connoly,* for the appellants.

*Samuel Cohen,* for the respondent.

PER CURIAM:

The question presented on this appeal is the same as that presented in the case of *Shepard* v. *Bingham* (125 App. Div. 784), decided herewith, and for the reasons there stated the order appealed from is reversed, with ten dollars costs and disbursements, and the motion for an injunction denied, with ten dollars costs.

Present — INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE and SCOTT, JJ.

LAUGHLIN, J. (concurring):

I concur in the reversal of the injunction order in this case upon the grounds stated in my concurring memorandum in *Eden Musee American Co., Ltd.,* v. *Bingham* (125 App. Div. 780, 784), argued and decided herewith, which apply to facts here presented.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.